UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NICHOLAS GALEANA JUAREZ,                                    :
                                     Plaintiff,             :
                                                            :   20 Civ. 4437 (LGS)
                -against-                                   :
                                                            :   ORDER
ROY AROY 153 INC., et al.,                                  :
                                     Defendants.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, this case was stayed pending the outcome of arbitration;

   WHEREAS, the parties were directed to file a status letter regarding the status of arbitration on ECF every 30 days starting October 8, 2020 (Dkt. No. 26); it is hereby

   **ORDERED** that, by **October 16, 2020**, the parties shall file a status letter on ECF. The next status letter is due **November 16, 2020**.

Dated: October 13, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE