UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                       :

NICHOLAS GALEANA JUAREZ,           :

                     Plaintiff,    :

                                         :                          20 Civ. 4437 (LGS)

                 -against-            :

                                         :                              ORDER

ROY AROY 153 INC., et al.,           :

                       Defendants.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this case was stayed pending the outcome of arbitration;

      WHEREAS, the parties were directed to file a letter regarding the status of arbitration on

ECF every 30 days starting on October 8, 2020 (Dkt. No. 26);

      WHEREAS, a status letter was due by November 16, 2020 (Dkt. No. 27), and the parties

have failed to file that letter; it is hereby

      **ORDERED** that, by **November 20, 2020**, the parties shall file a status letter on ECF.

The next status letter is due **December 21, 2020**.


Dated: November 17, 2020
        New York, New York

                                          LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE