**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
dstein@samuelandstein.com

Attorneys for Plaintiff, Individually and on behalf of all others similarly situated

| | |
|---|---|
| Nicolas Galeana Juarez, on behalf of himself and all other persons similarly situated, | DOCKET NO. 20-cv-4437 (LGS) |
| Plaintiff, | |
| – vs. – | **JUDGMENT** |
| Rod Aroy 153 Inc. d/b/a Little Basil Thai Restaurant, Phannita Yitho and John Does #1-10, | |
| Defendants. | |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 28, 2021; and Rod Aroy 153 Inc. d/b/a Little Basil Thai Restaurant and Phannita Yitho having offered plaintiff Nicolas Galeana Juarez to take a judgment against them; it is

**ORDERED and ADJUDGED** that Judgment is entered in favor of plaintiff Nicolas Galeana Juarez and against defendants Rod Aroy 153 Inc. d/b/a Little Basil Thai Restaurant and Phannita Yitho, jointly and severally, in the sum of $6,000 (Six Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated:  April _____, 2021

2

_____
Hon. Lorna G. Schofield, U.S.D.J.