**SAMUEL & STEIN**
David Stein (DS 2119)
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
dstein@samuelandstein.com

Attorneys for Plaintiff, Individually and on behalf of all others similarly situated

| | |
|---|---|
| Nicolas Galeana Juarez, on behalf of himself and all other persons similarly situated,<br><br>Plaintiff,<br><br>– vs. –<br><br>Rod Aroy 153 Inc. d/b/a Little Basil Thai Restaurant, Phannita Yitho and John Does #1-10,<br><br>Defendants. | DOCKET NO. 20-cv-4437 (LGS)<br><br>**JUDGMENT** |

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 28, 2021; and Rod Aroy 153 Inc. d/b/a Little Basil Thai Restaurant and Phannita Yitho having offered plaintiff Nicolas Galeana Juarez to take a judgment against them; it is

    **ORDERED and ADJUDGED** that Judgment is entered in favor of plaintiff Nicolas Galeana Juarez and against defendants Rod Aroy 153 Inc. d/b/a Little Basil Thai Restaurant and Phannita Yitho, jointly and severally, in the sum of $6,000 (Six Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

    SO ORDERED.

    The Clerk of Court is respectfully directed to close this case.

Dated: April 30, 2021
    New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE